IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JCI INTERNATIONAL, INC. ,

Plaintiff,

v. CASE NO. 02-713-C

UNITED STATES
Defendants.

---

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**(Filed electronically)**

Plaintiff JCI INTERNATIONAL, INC. respectfully requests the Court to grant an enlargement of time of forty-five days, to and including June 12, 2003, within which to file the parties' joint preliminary status report ("JPSR"). Counsel for defendant, THE UNITED STATES has authorized us to state that the United States does not oppose this motion.

The parties have engaged in lengthy settlement discussions and a special purpose audit from the Defense Contract Audit Agency ("DCAA") has been conducted to assist the parties in resolving certain remaining differences. That audit has recently been completed and the parties intend to continue to work towards a resolution of this dispute.

We respectfully request this stay of proceedings in order to conserve resources. JCI is a small business and desires to limit litigation expenses. In the current circumstances, a stay would be in the interests of justice and judicial economy.

For the reasons set forth above, we respectfully request that the Court grant our

unopposed motion for an enlargement of time.

Respectfully submitted,

KINBERG & BICKFORD, LLC

By:s/ ***Edward J. Kinberg***

Edward J. Kinberg
2101 S. Waverly Place
Ste. 200E
Melbourne, FL 32901
(321) 722-2006
(321) 722-3352