No. 02-713 C

(Filed: April 30, 2003)

**********************************

**JCI INTERNATIONAL, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

**********************************

## ORDER

On April 28, 2003, Plaintiff filed a fourth, unopposed motion for an enlargement of time, to and including June 12, 2003, within which to file the parties' Joint Preliminary Status Report, originally due January 31, 2003, and heretofore due on April 28, 2003.

Plaintiff cites that the parties have been engaged in lengthy settlement negotiations and that a special purpose audit has recently been completed by the Defense Contract Audit Agency to assist the parties in unspecified "certain remaining differences."

The Court hereby **GRANTS** Plaintiff's motion for enlargement and **ORDERS**, as before, that either a stipulation of dismissal or the parties' Joint Preliminary Status Report shall be filed on or before June 12, 2003. The Court advises that it is highly unlikely that additional requests for enlargement will be granted.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge