IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JCI INTERNATIONAL, INC. ,

Plaintiff,

v. CASE NO. 02-713-C

UNITED STATES
Defendants.
---------------------------------------------------

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**(Filed electronically)**

Plaintiff JCI INTERNATIONAL, INC. respectfully requests the Court to grant an enlargement of time of 50 days, to and including July 31, 2003, within which to file the parties' joint preliminary status report ("JPSR"). Counsel for defendant, THE UNITED STATES has authorized us to state that the United States does not oppose this motion.

Plaintiff JCI has submitted a settlement proposal which is under review by the Department of Justice as attorney for Defendant.

We respectfully request this stay of proceedings in order to conserve resources. JCI is a small business and desires to limit litigation expenses. In the current circumstances, a stay would be in the interests of justice and judicial economy.

For the reasons set forth above, we respectfully request that the Court grant our

unopposed motion for an enlargement of time.

Respectfully submitted,

KINBERG & BICKFORD, LLC

By:s/ ***Edward J. Kinberg***

Edward J. Kinberg
2101 S. Waverly Place
Ste. 200E
Melbourne, FL 32901
(321) 722-2006
(321) 722-3352