# In the United States Court of Federal Claims

No. 02-713 C
(Filed: June 13, 2003)

| | |
|---|---|
| *********************************** | |
| | * |
| **JCI INTERNATIONAL, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

## ORDER

On June 12, 2003, Plaintiff filed a fifth, unopposed motion for an enlargement of time, to and including July 31, 2003, within which to file the parties' Joint Preliminary Status Report, originally due January 31, 2003, and heretofore due on June 12, 2003.

Plaintiff cites that the parties have been engaged in lengthy settlement negotiations and that Plaintiff's settlement proposal was submitted to Defendant on June 12, 2002.

The Court hereby **GRANTS** Plaintiff's motion for enlargement and **ORDERS**, as before, that either a stipulation of dismissal or the parties' Joint Preliminary Status Report shall be filed on or before July 31, 2003. NO additional requests for enlargement will be granted.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge