# In the United States Court of Federal Claims

No. 02-713 C
(Filed: August 7, 2003)

| | |
|---|---|
| ********************************** | |
| | * |
| **JCI INTERNATIONAL, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On July 28, 2003, Plaintiff filed a sixth, unopposed motion for an enlargement of time, to and including September 19, 2003, within which to file the parties' Joint Preliminary Status Report, originally due January 31, 2003, and heretofore due on July 31, 2003.

Plaintiff has previously cited that the parties have been engaged in lengthy settlement negotiations and that Plaintiff's settlement proposal was submitted to Defendant on June 12, 2002. In addition, Plaintiff's counsel cites that he is recovering from by-pass surgery, which took place on July 10, and has been directed not to return to practice for a period of eight weeks.

For good reasons stated, the Court hereby **GRANTS** Plaintiff's motion for enlargement and **ORDERS**, as before, that either a stipulation of dismissal or the parties' Joint Preliminary Status Report shall be filed on or before September 19, 2003.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge