# In the United States Court of Federal Claims

**No. 02-713 C**

**JCI INTERNATIONAL, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed September 15, 2003, and the court's Order for Entry of Judgment of September 30, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $237,700.00, plus interest pursuant to the Contract Disputes Act, 41 U.S.C. §611, from December 21, 2001, until plaintiff receives payment from the United States. Additionally, the United States Navy shall make payment to plaintiff of all retained funds under the contract, in the amount of $127,514.06 within 60 days. Each party shall bear its own costs, expenses, and attorney fees.

Brian Bishop
Acting Clerk of Court

**September 30, 2003**

By: s/ Lisa L. DeFade

Deputy Clerk